IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH RODRIGUEZ,

        Petitioner,               No. CIV S-01-0476 DFL JFM P

    vs.

ROSANNE CAMPBELL, et al.,

        Respondents.        <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On December 4, 2001, respondents were directed to file an answer and any and all transcripts or other documents relevant to the determination of the issues presented in the application.  Rule 5, Rules Governing Section 2254 Cases.  On March 7, 2001, respondents filed an answer, but failed to lodge the administrative record.

        Good cause appearing, IT IS HEREBY ORDERED that within fifteen days from the date of this order respondent shall lodge the entire administrative record considered by the panel of the California Board of Prison Terms in connection with petitioner's October 14, 1999 initial parole consideration hearing.

DATED:  April 21, 2005.

UNITED STATES MAGISTRATE JUDGE

/001; rodr0476.tra