IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH RODRIGUEZ,

    Petitioner,        No. CIV S-01-0476 MCE JFM P

  vs.

ROSANNE CAMPBELL, et al.,

    Respondents.        ORDER

_____/

    Respondents have requested an extension of time to lodge the administrative record considered by California Board of Prison Terms in connection with petitioner's October 14, 1999 initial parole consideration hearing pursuant to the court's order of April 22, 2005.

    Good cause appearing, IT IS HEREBY ORDERED that:

    1. Respondents' May 9, 2005 request for an extension of time is granted; and

    2. Respondents are granted until May 20, 2005 to lodge the administrative record in accordance with this court's April 22, 2005 order.

DATED: May 18, 2005.

                       UNITED STATES MAGISTRATE JUDGE

12;rodr0476.111